UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   SAUL B CORREA

CASE NO. 06 B 03887

CHAPTER 13

JUDGE: MANUEL BARBOSA

Debtor  
SSN XXX-XX-6928

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/08/06 and confirmed on 06/19/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 10080.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 9041.76 | .00 | 1865.01 |
| CAPITAL ONE BANK | UNSECURED | 4477.57 | .00 | 923.57 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 7519.83 | .00 | 1551.09 |
| B REAL LLC | UNSECURED | 6734.62 | .00 | 1389.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10622.45 | .00 | 2191.06 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 941.17 | .00 | 194.13 |
| ADRIANNA ARAUJO | CHILD SUPPORT | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 39337.40 | .00 | 39337.40 |
| PRINCIPAL PAID | .00 | .00 | 8113.99 | .00 | 8113.99 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 8113.99 | .00 | 8113.99 |

The Debtor's attorney, RICHARD S BASS, was allowed $ 2000.00 and was paid $ 500.00 direct and $ 1500.00 through the plan.

The Trustee received $ 466.01 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```